THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID TORNABENE, Appellant.—Appeal unanimously dismissed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). Memorandum: There is no statutory authority for an appeal by defendant from a discharge order entered pursuant to CPL 330.20 *(see,* CPL 330.20 [21] [a]). (Appeal from Order of Supreme Court, Erie County, Rossetti, J.—CPL 330.20.) Present—Denman, J. P., Boomer, Balio, Lawton and Davis, JJ.

 JOSEPH PELUSO et al., Appellants, v JAMES LATHROP, Respondent.—Motion insofar as it requests an extension of time to perfect appeal granted to July 1, 1991; motion insofar as it requests permission to appeal from order denying reargument denied. Memorandum: An order denying a motion to reargue is not appealable either as of right or by permission. Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ. (Order entered June 3, 1991.)

 PEOPLE v LEVOTION BELL, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before July 8, 1991. Memorandum: Defense counsel was guilty of improper conduct in failing to comply with 22 NYCRR 1022.11 (a) *(see, People v Usher,* 172 AD2d 1075). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

 PEOPLE v EFRAIN DEJESUS, Defendant.—Motion to extend time to take appeal granted upon condition that a notice of appeal is filed and served on or before July 8, 1991. Memorandum: The failure to comply with 22 NYCRR 1022.11 constitutes improper conduct of counsel. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.